**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:03CV000701 SRU-JBA |
| DEFENDANT | TYPE OF PROCESS |
| PATRICK TRIUMPH, ET AL. | SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ TOWN AND COUNTRY REALTY, C/O CHRISTINE TRIUMPH, PRESIDENT AND AGENT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** C/O CLERK, UNITED STATES DISTRICT COURT
141 CHURCH STREET, NEW HAVEN, CT 06510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
CHRISTINE SCIARRINO, AUSA
TELEPHONE NUMBER: (203) 821-3700
DATE: 9-17-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | | 4/18/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/6/03   Time: ___ am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**1. CLERK OF THE COURT**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)