**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
Nov 13  4 14 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:03CV00701 (JBA) |
| VS. | : | |
| PATRICK TRIUMPH, et al., | : | |
| Defendants. | : | November 12, 2003 |

### GOVERNMENT'S MOTION FOR PRE-MOTION CONFERENCE

The Government commenced this fraudulent conveyance action on April 17, 2003. Pursuant to the Order on Pretrial Deadlines entered in this case, dispositive motions are due on or before November 17, 2003. Two of the defendants, Patrick Triumph and Town and Country Realty, LLC, have not responded to the Government's complaint and, accordingly, the Government intends to seek default judgments with respect to these two defendants.

The remaining defendant, Asset Financial Group, LLC, has filed an answer, but has not raised any defenses concerning the Government's allegations. The Government intends to seek the entry of summary judgment against Asset Financial Group, LLC, and therefore respectfully requests that a pre-motion conference be scheduled to discuss whether the filing of the Government's dispositive motion is warranted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06510
(203) 821-3780
Federal No. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 13th day

of November, 2003, to:

M. Hatcher Norris, Esq.
254 Prospect Avenue
Hartford, CT 06106-2041

Patrick A. Triumph
Town and Country Realty, LLC
c/o Clerk, United States District Court
141 Church Street
New Haven, CT  06510

Town and Country Realty, LLC
c/o Christine Triumph
95 Woodland Avenue
Bloomfield, CT 06002

Robert J. Percy, Esq.
Siegel, O'Connor, Schiff & Zangari
150 Trumbull Street
Hartford, CT  06103

Patrick A. Triumph
FCI/Inmate No. 14622-014
USM-U.S. Marshals Service
55 Pleasant Street
Concord, New Hampshire  03301

_____
Christine Scarrino