**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
Nov 13 4 14 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:03CV00701 (JBA) |
| VS. | : | |
| PATRICK TRIUMPH, et al., | : | |
| Defendants. | : | November 12, 2003 |

GOVERNMENT'S MOTION FOR PRE-MOTION CONFERENCE

The Government commenced this fraudulent conveyance action on April 17, 2003. Pursuant to the Order on Pretrial Deadlines entered in this case, dispositive motions are due on or before November 17, 2003. Two of the defendants, Patrick Triumph and Town and Country Realty, LLC, have not responded to the Government's complaint and, accordingly, the Government intends to seek default judgments with respect to these two defendants.

The remaining defendant, Asset Financial Group, LLC, has filed an answer, but has not raised any defenses concerning the Government's allegations. The Government intends to seek the entry of summary judgment against Asset Financial Group, LLC, and therefore respectfully requests that a pre-motion conference be scheduled to discuss whether the filing of the Government's dispositive motion is warranted.

11/17/03: Motion for Pre-Filing Conference GRANTED. A telephonic pre-filing conference has been set down for December 09, 2003 at 1:00 p.m. Attorney Sciarrino shall initiate the conference call. Chambers: 203-773-2456.

IT IS SO ORDERED.

Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.

FILED
Nov 19 2 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.