UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 11  2 17 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

USA                                       :

v.                                        :     NO. 3:03cv701 (JBA)

TRIUMPH, ET AL                            :

### SCHEDULING ORDER

Pursuant to the colloquy with counsel for the Government and defendant Asset Finance on the record 12/9/03, the following schedule is ordered:

1. Plaintiff's Summary Judgment Motion will be filed by 1/9/04; defendant's opposition will be filed by 1/30/04; any reply will be filed by 2/13/04.

2. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.

3. Plaintiff's Motion for Default/judgment against defendants Triumph and Town and Country Realty will be filed forthwith.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   **December 09, 2003**