UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:03CV00701 (JBA) |
| VS. | : | |
| PATRICK TRIUMPH, et al., | : | |
| Defendants. | : | January 29, 2004 |

### REQUEST TO ENTER DEFAULT

To the Clerk of the United States District Court for the District of Connecticut:

You will please enter the default of the defendants Patrick Triumph and Town and Country Realty, LLC, for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, as appears from the affidavit hereto attached.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06510
(203) 821-3780
Federal No. CT3393

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30th [29th struck through] day of January, 2004, to:

M. Hatcher Norris, Esq.
254 Prospect Avenue
Hartford, CT   06106-2041

Patrick A. Triumph
Town and Country Realty, LLC
c/o Clerk, United States District Court
141 Church Street
New Haven, CT   06510

Town and Country Realty, LLC
c/o Christine Triumph
95 Woodland Avenue
Bloomfield, CT 06002

Robert J. Percy, Esq.
Siegel, O'Connor, Schiff & Zangari
150 Trumbull Street
Hartford, CT   06103

Thomas Belsky
Assistant Federal Public Defender
Two Whitney Avenue
Suite 300
New Haven, CT   06510

_____
Christine Sciarrino

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:03CV00701 (JBA) |
| VS. | : | |
| PATRICK TRIUMPH, et al., | : | |
| Defendants. | : | January 29, 2004 |

**AFFIDAVIT**

| | |
|---|---|
| State of Connecticut | : |
| | :ss: New Haven, Connecticut |
| County of New Haven | : |

Christine Sciarrino, deposes and says:

1. That she is the Assistant United States Attorney for the plaintiff in the above-entitled action.

2. That the complaint and summons in this action were served on the Clerk, United States District Court, on behalf of Patrick Triumph and Town and Country Realty LLC, defendants on May 6, 2003, as appears from the United States Marshal's return of service.

3. That the time within which the defendants may answer or otherwise move as to the complaint has expired.

4. That defendants have not answered or otherwise moved as to the complaint and the parties have not reached a settlement of this case.

5. That the time for defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Christine Sciarrino
Assistant United States Attorney

Subscribed and sworn to before me on this 29thday of January, 2004 at New Haven, Connecticut .

_____
David J. Sheldon
Commissioner of the Superior Court

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this ~~29th~~ 30th day of January, 2004, to:

M. Hatcher Norris, Esq.
254 Prospect Avenue
Hartford, CT 06106-2041

Patrick A. Triumph
Town and Country Realty, LLC
c/o Clerk, United States District Court
141 Church Street
New Haven, CT 06510

Town and Country Realty, LLC
c/o Christine Triumph
95 Woodland Avenue
Bloomfield, CT 06002

Robert J. Percy, Esq.
Siegel, O'Connor, Schiff & Zangari
150 Trumbull Street
Hartford, CT 06103

Thomas Belsky
Assistant Federal Public Defender
Two Whitney Avenue
Suite 300
New Haven, CT 06510

_____
Christine Sciarrino

3