# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Docket No. 3:03CV00701 (JBA) |
| VS. | : |
| PATRICK TRIUMPH, et al., | : |
| Defendants. | : January 29, 2004 |

### REQUEST TO ENTER DEFAULT

To the Clerk of the United States District Court for the District of Connecticut:

You will please enter the default of the defendants Patrick Triumph and Town and Country Realty, LLC, for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, as appears from the affidavit hereto attached.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06510
(203) 821-3780
Federal No. CT3393

*[Margin annotation:]* 2/18/04: Motion Granted, for failure to appear or plead and/or respond to complaint. Default entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment to be filed forthwith or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP. IT IS SO ORDERED: Kevin F. Rowe, Clerk, By Betty J. Torday, Deputy Clerk