UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 24   12 54 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

USA                    :

v.                     :    NO. 3:03cv701 (JBA)

TRIUMPH, ET AL         :

### ORDER OF DISMISSAL

On June 23, 2004 Attorney Sciarrino reported that this matter had settled in March 2004, without prejudice. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, this matter is hereby DISMISSED, nunc pro tunc, with the agreement of counsel, and the Clerk is directed to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    June 23, 2004